UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Hamid GHAMOUSH-RAMANDI,

                                    Petitioner,

v.

Kristi NOEM, et al.,

                                    Respondents.

Case No.:  26-cv-0952-AGS-DEB

**ORDER DENYING HABEAS PETITION (ECF 1) AND MOTION FOR TEMPORARY RESTRAINING ORDER (ECF 2)**

Petitioner Hamid Ghamoushi seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention.

In *Tumasov v. Doe 1*, No. 25-cv-2704-AGS-JLB, 2025 WL 3171897 (S.D. Cal. Nov. 13, 2025), this Court denied a petition for a writ of habeas corpus because the petitioner sought the writ while still in the 90-day "removal period," so his "detention [was] not merely legal, but required." *Id.* at 1 (citing 8 U.S.C. § 1231(a)(1)(A) and *Johnson v. Guzman Chavez*, 594 U.S. 523, 533–34 (2021)). That same logic applies here. By the petitioner's own admission, his removal period "became final on or after 12/10/2025," less than 90 days ago. (ECF 2-1, at 5; *see also* ECF 8-1, at 9, 11 (noting that the petitioner "was ordered removed to Iran" and simultaneously "granted" "Withholding of Removal").) So, the petition is premature and thus **DENIED**. The motion for a temporary restraining order is **DENIED** as moot, and the March 3, 2026 hearing is vacated.

Dated:  March 1, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1

26-cv-0952-AGS-DEB